# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| HUCK, PAUL C. | SD - FL | 06/18/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. DISTRICT JUDGE - ACTIVE | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 1/1/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

90 N.E. FOURTH STREET
SUITE 1067
MIAMI, FLORIDA 33132

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUCK, PAUL C. | 06/18/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2012 | UNIVERSITY OF MIAMI | $6,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2012 | SELF EMPLOYED - SMALL BUSINESS OWNER |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | FLORIDA BAR | 7/11/2012 | ORLANDO, FLORIDA | ROUND TABLE DISCUSSION | TRAVEL & LODGING |
| 2. | SMITH, HULSEY & BUSEY LAW FIRM | 11/15/2012 | GAINESVILLE, FLORIDA | UF MOOT COURT COMPETITION | TRAVEL & LODGING |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUCK, PAUL C. | 06/18/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUCK, PAUL C. | 06/18/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. GIBRALTAR BANK FSB - CHECKING & MONEY MARKET | A | Interest | J | T | | | | | |
| 2. FRANKLIN STREET PROPERTIES (F/K/A FSP COLLINS CROSSING | B | Dividend | J | T | | | | | |
| 3. OMAN TRUSTEE - SW    ST - DUPLICATED | | None | | | Closed | 12/31/12 | J | | |
| 4. OMAN TRUSTEE - NW    ST LLC | | None | | | Closed | 12/31/12 | J | | |
| 5. OMAN TRUSTEE - SW    ST LLC - DUPLICATED | | None | | | Closed | 12/31/12 | J | | |
| 6. OMAN TRUSTEE - WALDEN (5) | | None | J | T | | | | | |
| 7. OMAN TRUSTEE - MORTGAGE TR 1 - DUPLICATED | | None | | | Closed | 12/31/12 | J | | |
| 8. OMAN TRUSTEE - MORTGAGE TR 2 - DUPLICATED | | None | | | Closed | 12/31/12 | J | | |
| 9. | | | | | | | | | |
| 10. ***MORGAN KEEGAN --- PCH | | | | | | | | | |
| 11. MONEY MKT - REGIONS FDIC | A | Dividend | K | T | | | | | |
| 12. FL HURRICANE CAT FD FIN CORP | C | Interest | M | T | | | | | |
| 13. FL STATE BRD ED SER A | C | Interest | M | T | | | | | |
| 14. GWINNETT CNTY GA SCH DIST | C | Interest | M | T | | | | | |
| 15. ISHARES GS INVEST OP | C | Interest | L | T | | | | | |
| 16. JACKSONVILLE FL EXCISE TAXES SER A | C | Interest | M | T | | | | | |
| 17. JOHNSON CITY TENN | B | Interest | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUCK, PAUL C. | 06/18/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. PIMCO TOTAL RET CLASS C | B | Interest | M | T | | | | | |
| 19. STATE OF MISS OBLIGATIONS | C | Interest | L | T | | | | | |
| 20. ALABAMA WTR POL | B | Interest | L | T | | | | | |
| 21. ANNALY CAP MGMT | | None | | | Sold | 03/15/12 | K | | |
| 22. NORFOLK VA ARPT | C | Interest | L | T | | | | | |
| 23. GENERAL ELECTRIC CAP CORP | A | Interest | K | T | | | | | |
| 24. MORGAN STANLEY | C | Interest | L | T | | | | | |
| 25. ENDURO ROYALTY TR | B | Dividend | K | T | | | | | |
| 26. ISHARES TR IBOXX | C | Interest | L | T | Buy | 05/03/12 | L | | |
| 27. THORNBURG LTD | A | Interest | K | T | Buy | 07/13/12 | K | | |
| 28. AMERICAN CAP | C | Dividend | K | T | Buy | 10/04/12 | K | | |
| 29. TORTOISE PIPELINE | | None | | | Buy | 02/13/12 | K | | |
| 30. TORTOISE PIPELINE | | None | | | Sold | 10/04/12 | K | | |
| 31. | | | | | | | | | |
| 32. *** MORGAN KEEGAN --- DHH | | | | | | | | | |
| 33. MONEY MARKET - REGIONS FDIC | A | Interest | L | T | | | | | |
| 34. MONEY MARKET - REGIONS FDIC | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUCK, PAUL C. | 06/18/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. AIG MULTI CPN PFD | C | Dividend | K | T | | | | | |
| 36. BANK OF AMERICA | C | Interest | L | T | | | | | |
| 37. CERNER CORP | | None | K | T | Sold (part) | 08/29/12 | K | E | |
| 38. CHURCH & DWIGHT | A | Dividend | L | T | | | | | |
| 39. DUPONT & CO | A | Dividend | | | Sold | 05/03/12 | K | A | |
| 40. EXXON MOBIL | C | Dividend | L | T | | | | | |
| 41. FEDEX | | None | | | Sold | 01/10/12 | K | | |
| 42. FORD MOTOR CO | A | Dividend | J | T | | | | | |
| 43. IBM | B | Dividend | M | T | | | | | |
| 44. JP MORGAN CHASE | A | Dividend | | | Sold | 05/01/12 | K | | |
| 45. PIMCO TOTAL RETURN | C | Dividend | M | T | | | | | |
| 46. SOUTHERN CO | A | Dividend | K | T | | | | | |
| 47. SYMANTEC CORP | | None | | | Sold | 01/12/12 | K | | |
| 48. ANNALY CAP MGMT | | None | | | Sold | 03/15/12 | K | B | |
| 49. COLFAX CORP | | None | K | T | | | | | |
| 50. WALT DISNEY CO | A | Dividend | | | Sold | 10/11/12 | K | D | |
| 51. FASTENAL CO | | None | | | Sold | 06/11/12 | K | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,000 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUCK, PAUL C. | 06/18/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. GENERAL ELECTRIC | A | Dividend | K | T | | | | | |
| 53. HEXCEL CORP | | None | | | Sold | 03/27/12 | J | B | |
| 54. METROPOLITAN HEALTH NETWORK | | None | | | Sold | 05/30/12 | J | B | |
| 55. TITAN MACHINE CO | | None | K | T | Sold (part) | 04/18/12 | K | B | |
| 56. GMAC | A | Dividend | K | T | Buy | 09/19/12 | K | | |
| 57. AMGEN INC | A | Dividend | K | T | Buy | 11/21/12 | K | | |
| 58. STARBUCKS CORP | A | Dividend | K | T | | | | | |
| 59. CAPITAL ONE FIN | A | Dividend | K | T | Buy | 04/26/12 | K | | |
| 60. FAIRPOINT COMM | | None | K | T | Buy | 09/07/12 | K | | |
| 61. THE FRESH MARKET INC | | None | K | T | Buy | 04/16/12 | K | | |
| 62. GOOGLE INC | | None | K | T | Buy | 12/19/12 | K | | |
| 63. SEALED AIR CORP | A | Dividend | K | T | Buy | 09/07/12 | K | | |
| 64. SIX FLAGS ENT CORP | A | Dividend | K | T | Buy | 11/08/12 | K | | |
| 65. COLFAX CORP | | None | J | T | Buy (add'l) | 03/05/12 | J | | |
| 66. COLFAX CORP | | None | | | Sold (part) | 08/02/12 | J | | |
| 67. BEAM INC | | None | | | Buy | 03/15/12 | K | | |
| 68. BEAM INC | | None | | | Sold | 10/11/12 | K | A | |

1. Income Gain Codes:  A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
(See Columns B1 and D4)  F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
(See Columns C1 and D3)  N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
  P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
3. Value Method Codes  Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
(See Column C2)  U =Book Value  V =Other  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| HUCK, PAUL C. | 06/18/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. TOOTSIE ROLLS | | None | | | Buy | 05/04/12 | K | | |
| 70. TOOTSIE ROLLS | | None | | | Sold | 12/21/12 | K | B | |
| 71. | | | | | | | | | |
| 72. *** MORGAN KEEGAN (IRA) PCH | | | | | | | | | |
| 73. MONEY MKT FD - REGIONS FDIC | A | Interest | K | T | | | | | |
| 74. ASTRA ZENECA PLC | C | Interest | L | T | | | | | |
| 75. AT&T INC | | None | | | Redeemed | 09/14/12 | L | C | |
| 76. BANK OF AMERICA CORP | C | Interest | L | T | | | | | |
| 77. BANK OF AMERICA CORP | B | Interest | K | T | | | | | |
| 78. GOLDMAN SACHS GROUP | C | Interest | L | T | | | | | |
| 79. IBM CORP BK | B | Interest | M | T | | | | | |
| 80. ISHARES TR RUS 1000 GRWTH INDEX | | None | | | Sold | 09/07/12 | K | D | |
| 81. JP MORGAN CHASE | C | Interest | L | T | | | | | |
| 82. MORGAN STANLEY DW | | None | | | Matured | 04/02/12 | L | D | |
| 83. PIMCO TOT RET FD A | D | Dividend | N | T | | | | | |
| 84. TEMPLETON GLOBAL BD FD | E | Dividend | M | T | | | | | |
| 85. SPDR S&P DEP RCPT TRADES/QUOTES | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUCK, PAUL C. | 06/18/2013 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. AIG MULTI CPN PF | C | Dividend | L | T | | | | | |
| 87. INFINITY PROP | C | Interest | M | T | Buy | 09/14/12 | M | | |
| 88. GMAC LLC | C | Interest | L | T | Buy | 04/09/12 | K | | |
| 89. ISHARES GS INVESTOP | B | Interest | K | T | | | | | |
| 90. CENTURY LINK INC | B | Dividend | K | T | Buy | 04/11/12 | K | | |
| 91. SEALED AIR CORP | A | Dividend | K | T | Buy | 11/08/12 | K | | |
| 92. QWEST CORP | | None | | | Buy | 09/07/12 | K | | |
| 93. QWEST CORP | | None | | | Sold | 10/12/12 | K | | |
| 94. | | | | | | | | | |
| 95. *** LIMITED PARTNERSHIPS | | | | | | | | | |
| 96. MARATHON LENDING CO | | None | K | T | Buy | 4/26/12 | K | | |
| 97. EZGREEN ASSOC LLC | | None | J | T | | | | | |
| 98. HOMESTEAD 5 LLC - MULTIPLE RENTAL PROP | A | Rent | L | W | | | | | |
| 99. HTG CRYSTAL COVE INVESTORS 10 LLC | | None | M | T | | | | | |
| 100. HTG CRYSTAL COVE INVESTORS 11 LLC | | None | K | T | | | | | |
| 101. LAKEHOUSE I LTD - MULTIPLE RENTAL PROP | D | Rent | K | W | | | | | |
| 102. RASCON ASSOC LTD | A | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and C3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUCK, PAUL C. | 06/18/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. 22 LANTERN LLC CLASS B | | None | J | T | | | | | |
| 104. 22 LANTERN LLC CLASS C | | None | K | T | | | | | |
| 105. 22 LANTERN LLC CLASS D | | None | K | T | | | | | |
| 106. NW 6, LLC | C | Interest | L | T | | | | | |
| 107. SW 214 LLC | | None | M | T | | | | | |
| 108. TR-1, LLC | B | Interest | L | T | | | | | |
| 109. TR-2, LLC | D | Interest | M | T | | | | | |
| 110. WILLIAMS PTRS LP | A | Interest | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUCK, PAUL C. | 06/18/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| HUCK, PAUL C. | 06/18/2013 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544